UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Westchester Building Company, LLC,<br>Plaintiff<br><br>-v-<br><br>Ameriquest Mortgage Company,<br>Defendant | Case No. 07 CIV 7912<br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Westchester Building Company, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: September 7, 2007

Signature of Attorney

Attorney Bar Code: JBI5349

Form Rule7_1.pdf