UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
       :
WESTCHESTER BUILDING COMPANY, LLC,  :
      :  07 CIV 7912
       Plaintiff,  :
      :
   -against-   :
      :
AMERIQUEST MORTGAGE COMPANY,  :  **NOTICE OF APPEARANCE**
      :
       Defendant.  :
-------------------------------------------------------------------x

TO THE CLERK OF THE COURT:

      The undersigned hereby appears as counsel for Defendants Ameriquest Mortgage Company in the above-captioned action, and demands that all pleadings and documents be served upon the offices of the undersigned, and all Electronically Filed Documents be transmitted by e-mail to the addresses below.

Dated:  New York, NY
       September 18, 2007

                MORRISON COHEN LLP

                By:  /s/ Donald H. Chase
                   Donald H. Chase (DC-6708)
                   Jay R. Speyer (JS-9812)
                   dchase@morrisoncohen.com
                   jpeyer@morrisoncohen.com
                   909 Third Avenue
                   New York, NY  10022
                   (212) 735-8600