**Judge     Kaplan**