SEP-24-2007 MON 10:31 AM INH             FAX NO. 212 693 1410            SWAIN P. 02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 7 2007

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WESTCHESTER BUILDING COMPANY, LLC,

                              Plaintiff,

      v.

AMERIQUEST MORTGAGE COMPANY,

                              Defendant.

Civil Action No. 07-7912 (LTS)

AND ORDER
STIPULATION OF DISMISSAL
WITHOUT PREJUDICE

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Westchester Building Company, LLC, and the attorneys for Defendant Ameriquest Mortgage Company, that the above-entitled action be dismissed without prejudice, and without costs, attorneys' fees or other fees as to either party.

     IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this stipulation will be deemed an original and that the stipulation may be signed in counterparts

that together constitute one instrument.

Dated: New York, New York
       September 25, 2007

ITKOWITZ & HARWOOD

By: _____
    Jay B. Itkowitz, Esq.  (JBI-5349)
    305 Broadway, 7th Floor
    New York, NY 10007
    (646) 822-1801

Attorneys for Plaintiff

MORRISON COHEN LLP

By: _____
    Donald Chase (DC-6708)
    909 Third Avenue
    New York, NY 10022
    (212) 735-8600

Attorney for Defendant Ameriquest
Mortgage Co.

The Clerk of Court is respectfully
requested to close this case.

SO ORDERED:

_____ 9/26/07
       U.S.D.J.